UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FARANAK PAHLEVANI, PH.D.,

    Plaintiff,

    v.

THE PENNSYLVANIA STATE
UNIVERSITY

    Defendant.

CIVIL ACTION NO. 3:23-cv-01189

(SAPORITO, J.)

## ORDER

AND NOW, this 31st day of March, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The defendant's motion for summary judgment (Doc. 40) is **GRANTED in part and DENIED in part**;

2.    The Clerk is directed to enter **JUDGMENT** in favor of the defendant and against the plaintiffs with respect to: (a) Count I of the complaint, to the extent it concerns monthly paychecks received *before* July 18, 2020, or *after* August 16, 2021; (b) Count II of the complaint, to the extent it concerns monthly paychecks received *before* July 18, 2019, or *after* August 16, 2021; (c) Count III of the complaint, in its entirety; and (d) Count IV of the complaint, to the extent it concerns monthly

paychecks received *before* July 18, 2021, or *after* August 16, 2021; and

3.     The remaining claims—(a) Count I of the complaint, to the extent it concerns monthly paychecks received between July 18, 2020, and August 16, 2021; (b) Count II of the complaint, to the extent it concerns monthly paychecks received between July 18, 2019, and August 16, 2021; and (c) Count IV of the complaint, to the extent it concerns monthly paycheck received between July 18, 2021, and August 16, 2021—shall be set down for trial.

<u>*s/Joseph F. Saporito, Jr.*</u>
JOSEPH F. SAPORITO, JR.
United States District Judge